UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-192 PA (PDx) | Date | April 22, 2025 |
|---|---|---|---|
| Title | Lori Chavez-Deremer v. Pink Cactus Corporation et al | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

    Before the Court is the response filed by plaintiff Lori Chavez-Deremer ("Plaintiff") to the Court's Order to Show Cause dated April 10, 2025. The Complaint in this matter was filed on January 8, 2025. As of April 10, 2025, Plaintiff had not filed proofs of service demonstrating that defendants Pink Cactus Corporation and Min Joung Lee Sung ("Defendants") had been served with the summons and complaint in this action. The Court thus issued an order to show cause in writing why Defendants should not be dismissed for lack of prosecution (Docket No. 14.).[1]

    Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Plaintiff argues that there is good cause to extend the time for service of Defendants because Plaintiff has acted diligently in her service attempts, individual defendant Min Joung Lee Sung has actual notice of this action, and Defendants, along with newly named defendant Hee Jun Hwang, have been actively attempting to evade service. (Docket No. 15.)

    The Court has reviewed Plaintiff's response and the supporting evidence, and finds that Plaintiff has shown good cause to extend the time for service of the First Amended Complaint. Accordingly, the Court continues the deadline for Plaintiff to respond to the Court's Order to Show Cause until **June 20, 2025**. This Order to Show Cause will be discharged upon the filing of proper proofs of service of Defendants, or stand submitted upon the filing of Plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint without prejudice.

    IT IS SO ORDERED.

---

[1]    Plaintiff filed a First Amended Complaint ("FAC") on April 8, 2025. (Docket No. 11.) The FAC names a new defendant, Hee Jun Hwang. The 90 day time period for service of Mr. Hwang has not yet expired.