# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-192 PA (PDx) | Date | October 15, 2025 |
|---|---|---|---|
| Title | Julie A. Su v. Pink Cactus Corporation, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER & ORDER TO SHOW CAUSE

     Before the Court is a Motion for Extension of Time to File Motions to Join Other Parties or for Leave to Amend the Pleadings ("Motion") filed by plaintiff Secretary of Labor, Lori Chavez-DeRemer ("Plaintiff") on October 1, 2025. (Docket No. 44). Plaintiff also filed a Notice of Unavailability of Counsel on October 1, 2025, stating that her counsel is unavailable due to the expiration of government funding for the Department of Labor. (Docket No. 45.) Plaintiff's Motion seeks an extension of deadlines to amend pleadings and join parties because her counsel is not permitted to work on this matter until funding has been restored.

     On October 6, 2025, the Court informed the parties that it would treat the Motion as an ex parte application, and ordered defendants BucketList Inc. and Hee Jun Hwang ("Defendants") to respond to the Motion by no later than 48 hours after the order was entered – in this case, by October 10, 2025. Defendants did not respond. Accordingly, based on the lack of opposition and for good cause shown, the Court grants Plaintiff's Motion and orders that the Plaintiff's deadline for joining other parties or for leave to amend the pleadings is extended to fourteen days after the date that funding for the Department of Labor is restored.

     In its October 6, 2025 Order, the Court also ordered the parties to review the Central District's Civility and Professionalism Guidelines, and asked counsel for Defendants to file a Declaration attesting to having reviewed the Civility and Professionalism Guidelines by no later than October 13, 2025. Counsel for Defendants, however, did not file the Declaration ordered by the Court. In its Order, the Court warned the parties that any further violations of the Court's Orders might result in the imposition of sanctions, including but not limited to dismissal of this case without prejudice or the imposition of monetary sanctions.

     Accordingly, the Court orders Defendants to show cause why counsel should not be sanctioned in the amount of up to $1,000 for failing to respond to the Court's October 6, 2025 Order. Defendants' response shall be filed by no later than October 25, 2025. Failure to respond

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-192 PA (PDx) | Date | October 15, 2025 |
|---|---|---|---|
| Title | Julie A. Su v. Pink Cactus Corporation, et al. | | |

will result in the imposition of sanctions, including monetary sanctions and/or the striking of Defendants' answer and the entry of default.

    IT IS SO ORDERED.