**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH E. SONDERLING, Acting Secretary of Labor, United States Department of Labor, | CV 25-192 PA (PDx) |
| Plaintiff, | JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| PINK CACTUS CORPORATION, et al. | |
| Defendants. | |

On March 19, 2026, the Court entered a Consent Judgment and Permanent Injunction against defendants BucketList, Inc., and Hee Jun Hwang, disposing of all claims against them. (Docket No. 65 ("Consent Judgment").)

Pursuant to this Court's May 26, 2026 Minute Order granting the Motion for Default Judgment filed by plaintiff Keith E. Sonderling, Acting Secretary of Labor, United States Department of Labor (the "Acting Secretary") against remaining defendants Pink Cactus Corporation and Min Joung Lee Sung (jointly the "Absent Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is entered in favor of the Acting Secretary against the Absent Defendants in the total amount of $145,274.19, which is comprised of back wages in the amount of $27,130.11, liquidated damages in the amount of $27,130.11, and disgorgement of profits in the amount of $91,013.97.

2. The Absent Defendants shall deliver to the Acting Secretary the total Judgment amount of $145,274.19.  The Absent Defendants shall make all payments required by this Judgment by using the "WHD Back Wage Payment Form – Western Region" at https://www.pay.gov/public/form/start/77761888.  The payment shall reference Case Number 1994192.

3. The Acting Secretary is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

4. Pursuant to Section 17 of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 217, and Fed. R. Civ. P. 65, Absent Defendants, as well as their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with the previously listed individuals, are hereby ENJOINED AND RESTRAINED from violating the provisions of the FLSA, including as follows:

    a. Absent Defendants shall not, contrary to Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), employ any employees who are engaged in commerce or in the production of goods for commerce for more than forty (40) hours in a workweek unless such employees receive compensation for their employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which they are employed.

b.    Absent Defendants shall not, contrary to Section 15(a)(1) of the FLSA, 29 U.S.C. § 215(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce, or ship, deliver, or sell with knowledge that shipment or delivery or sale thereof in commerce is intended, any goods in the production of which any employee was employed in violation of the provisions of the FLSA.

c.    Absent Defendants shall not directly or indirectly request, solicit, suggest, or coerce any employee to return to themselves or to someone else any money in any form (including cash, check, and other forms) for wages due under the provisions of this Judgment.  Absent Defendants also shall not, directly or indirectly, accept or receive from any employee any money for wages paid to an employee under the provisions of this Judgment or the FLSA.  Absent Defendants also may not discharge or in any other manner discriminate against any employee due to receiving or retaining wages due from this Judgment, nor may they solicit or encourage anyone else to do so.

d.    Absent Defendants shall not continue to withhold payment of $27,130.11, which represents the unpaid overtime compensation found to be due to the employees listed in Exhibit 1 to this Judgment and Order, less the amount paid by Defendants Hwang and BucketList Inc pursuant to the Court's March 19, 2026 Consent Judgment.

e.    Absent Defendants must disgorge profits of $91,013.97, which represents the portion of Absent Defendants' profits attributable to the

-3-

sale of goods produced by employees of their sewing contractor, Penny Management, Inc., who were not paid according to the provisions of the FLSA, less the amount paid by Defendants Hwang and BucketList Inc. pursuant to the Court's March 19, 2026 Consent Judgment.  This sum will be distributed to the employees referenced in the preceding sentence in accordance with Exhibit 2 to this Judgment and Order.

The Clerk is directed to enter this Judgment and Permanent Injunction.

IT IS SO ORDERED.

DATED: May 26, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

## EXHIBIT 1

| First Name | Last Name | Back Wages Due | Liquidated Damages Due | Amount Paid Or Due Via Consent Judgment | Total Amount Due |
|---|---|---|---|---|---|
| Maria | Estrada | $3,060.66 | $3,060.66 | $3,000.00 | $3,121.32 |
| Edwin | Gonzalez | $9,451.97 | $9.451.97 | $3,000.00 | $15,903.94 |
| Julio | Hernandez | $6,133.09 | $6,133.09 | $3,000.00 | $9,266.18 |
| Gustavo | Itzep | $5,322.34 | $5,322.34 | $3,000.00 | $7,644.68 |
| Agustin | Mendoza | $10,662.05 | $10,662.05 | $3,000.00 | $18,324.10 |

**EXHIBIT 2**

| First Name | Last Name | Disgorgement Due |
|---|---|---|
| Mario | Barrera | $69.82 |
| Jose Miguel | Bruno Najera | $3,380.16 |
| Adriana | Cenobio Hernandez | $4,695.74 |
| Juana Marcela | Choz Son | $171.57 |
| Santos Emiliana | Choz Son | $1,885.81 |
| Agustin | Cruz Rosas | $1,806.62 |
| Alex | Garcia Ulin | $1,858.26 |
| Maidelin | Gonzalez | $6,214.44 |
| Miriam | Gonzalez | $1,608.41 |
| Miriam Esperanza | Guevara Maya | $5,890.57 |
| Edgar | Hernandez | $3,347.40 |
| Sara del Rosario | Hernandez Villa | $1,265.78 |
| Nelson Alexander | Itzep Az | $185.29 |
| Manuel Hector | Itzep Ramos | $4,397.74 |
| Miguel Silverio | Matzan Lopez | $3,395.77 |
| Aracely | Medina | $5,323.42 |
| Encarnacion | Meija Ajin | $4,266.12 |
| Marisa Maribel | Merino Osorio | $4,957.27 |
| Maria | Muñoz Macias | $55.45 |
| Daisy | Ortega Serrano | $74.44 |
| Viyrelda | Perez Aguilar | $3,609.10 |
| Oscar Santos | Perez Potrero | $93.16 |
| Juan Pedro | Perez Vasquez | $3,195.50 |
| Hugo | Reyes | $156.40 |
| Elias | Sanchez Guzman | $6,792.13 |
| Sebastian | Sanchez Guzman | $6,101.99 |

| Maria Veronica | Santillan Ortega | $6,183.87 |
| Celerina | Serrano Perez | $3,929.37 |
| Maria Magdalena | Zarat Calel | $2,026.75 |
| Liu | Zunron | $4,075.62 |